UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHELLY KRAFT-SNOW, | ) | CASE NO. 3:03-CV-696-LRH(RAM) |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This case is currently scheduled for trial on the stacked calendar of May 9, 2006.

    IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr. for the purpose of conducting a settlement conference.

    DATED this 11th day of January, 2006.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE